CITY OF BRIDGEPORT *v.* CHARLES E.
HARE ET AL.
(AC 34667)

Gruendel, Sheldon and Schaller, Js.

Argued February 5—officially released February 26, 2013

Per Curiam. The judgment is affirmed.

TROY WESTBERRY *v.* COMMISSIONER
OF CORRECTION
(AC 33936)

Beach, Alvord and Pellegrino, Js.

Argued February 5—officially released February 26, 2013

Per Curiam. The judgment is affirmed.

EUGENE BRYANT *v.* COMMISSIONER
OF CORRECTION
(AC 33573)

DiPentima, C. J., and Gruendel and Harper, Js.

Argued February 7—officially released March 5, 2013

Per Curiam. The appeal is dismissed.